IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

GLASSHOUSE SYSTEMS, INC., :
    Plaintiff :
 : CIVIL ACTION
      v. :
 : NO. 08-2831
INTERNATIONAL BUSINESS :
MACHINES CORPORATION, :
    Defendant

## ORDER

**AND NOW**, this ___18th___ day of October 2010, upon consideration of Defendant's Motion for Summary Judgment (Docs. # 40, 46, 47, 48) and Plaintiff's Response (Docs. # 44, 50), it is **ORDERED** that Defendant's Motion for Summary Judgment is granted in part and denied in part. Defendant's Motion (Doc. # 40) is **GRANTED** with respect to the equitable estoppel claim and **DENIED** with respect to the promissory estoppel claim.

                                                    s/Anita B. Brody
                                                    _____
                                                    ANITA B. BRODY, J.

Copies **FAXED** on _____ to:                     Copies **MAILED** on _____ to: